**PHŒNIX JOINT STOCK LAND BANK OF KANSAS CITY, Appellant, v. Harry M. HOTSENPILLER, Debtor.**

Nos. 10642, 10661.

Circuit Court of Appeals, Eighth Circuit.

July 14, 1937.

John F. Reinhardt and George W. Carter, both of Kansas City, Mo., and G. Logan Marr, of Versailles, Mo., for appellant.

H. K. Bente of Sedalia, Mo., for appellee.

PER CURIAM.

Appeals dismissed, on motion of appellant, with costs.

---

**John PRESSEL, Jr., an Infant Over the Age of Fourteen Years, by John Pressel, Sr., His Guardian ad Litem, and John Pressel, Sr., Individually, Plaintiffs-Appellees, v. NEW ENGLAND TRANSPORTATION COMPANY, Defendant-Appellant.**

No. 471.

Circuit Court of Appeals, Second Circuit.

July 12, 1937.

Edward R. Brumley, of New York City, for appellant.

Joseph J. Goldsmith, of New York City (Benjamin H. Siff, of New York City, of counsel), for appellees.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Judgments affirmed on the authority of Johnson v. Lutz, 253 N.Y. 124, 170 N.E. 517;

Needle v. New York Rys. Corporation, 227 App.Div. 276, 237 N.Y.S. 547; Wolf v. Kaufmann, 227 App.Div. 281, 237 N.Y.S. 550.

---

**Lawrence L. REEVES and Harry Jones, Appellants, v. Carl A. REINHARD, Appellee.**

No. 8645.

Circuit Court of Appeals, Ninth Circuit.

Aug. 30, 1937.

Before WILBUR and DENMAN, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed, that a decree of dismissal be filed and entered accordingly, and the mandate of this court issued forthwith.

---

**Carl O. SCHMIDT, Wright Hugus and Albert W. Laas, Copartners under the Firm Name of Schmidt, Hugus & Laas, and Joseph S. Auerbach, Edward Cornell, Nicholas F. Lenssen, Martin A. Schenck, Harold C. McCollom, Sydney G. Soons, Louis F. Schwartz, Jr., Julien T. Davies, William J. Carr, Orrin G. Judd and Edwin Guest, Copartners under the Firm Name of Davies, Auerbach & Cornell, Appellants, v. PAN HANDLE TRACTION COMPANY and Robert Hazlett, Trustee, Appellees.**

No. 4186.

Circuit Court of Appeals, Fourth Circuit.

May 5, 1937.

Albert W. Laas and Wright Hugus, both of Wheeling, W. Va., and Louis F. Schwartz, Jr., of New York City, for appellants.

Edmund L. Jones and Kent B. Hall, both of Wheeling, W. Va., for appellees.

PER CURIAM.

Appeal denied. Order filed.